CHICAGO—FIRST DISTRICT—MAY, 1918.    355

Auto U. Mfg. Co. v. U. S. Blow Pipe, etc., Co., 211 Ill. App. 355.

Auto Utilities Manufacturing Company, Appellee, v.
U. S. Blow Pipe & Dust Collecting Company, Appellant.

Gen. No. 23,595.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. DENNIS
W. SULLIVAN, Judge, presiding. Heard in the Branch Appellate
Court at the October term, 1917. Reversed. Opinion filed May 15,
1918.

### Statement of the Case.

Action by Auto Utilities Manufacturing Company,
a corporation, plaintiff, against U. S. Blow Pipe &
Dust Collecting Company, a corporation, defendant, to
recover a commission on a contract between defendant and another. From a judgment for plaintiff for
$120.75, defendant appeals.

HENRY N. MILLER, for appellant.

J. EDWARD CLANCY, for appellee.

MR. JUSTICE THOMSON delivered the opinion of the
court.

### Abstract of the Decision.

CORPORATIONS, § 325*—*what not within powers of corporation.*
Under a charter which authorizes a corporation "to manufacture,
buy, sell, use, and deal in automobile specialties; to manufacture, buy, sell, use, and deal in and with machines, goods, wares, and
merchandise of all kinds; to purchase, sell, lease and deal in inventions, patents, and processes, and in connection with its business
of manufacturing, buying, selling, using, dealing in and with
machines, goods, wares, and merchandise, patents, inventions, and
processes, to construct, build, lease, own, and operate all necessary

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same
topic and section number.

factories, shops, buildings and plants" the powers of the corporation are not such as to permit it to collect commissions for services rendered in procuring contracts for others even though those contracts involve such a subject-matter as would bring the contract within the corporation's charter powers if it was making the contract itself, and even though the contract on which the commission is claimed has been made in conjunction with and incident to a separate and distinct contract had by the corporation with the same party with which the other contract has been made.

## Paul Brautigan, Administrator, Appellee, v. Union Overall Laundry & Supply Company, Appellant.

### Gen. No. 23,617.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. SAMUEL C. STOUGH, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed May 15, 1918. Rehearing denied May 28, 1918. *Certiorari* denied by Supreme Court (making opinion final).

### Statement of the Case.

Action by Paul Brautigan, administrator of the estate of Franklin Brautigan, deceased, plaintiff, against Union Overall Laundry & Supply Company, a corporation, defendant, to recover damages for the death of plaintiff's intestate, alleged to have been caused by a collision with defendant's automobile arising through the negligent operation of the automobile by defendant's servant. From a judgment for plaintiff for $3,000, defendant appeals.

CRUICE & LANGILLE, for appellant; DANIEL L. CRUICE, of counsel.

LANDON & HOLT, for appellee; JOHN B. FRUCHTL, of counsel.